**DISMISS and Opinion Filed December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00415-CV

**ARETHA GOINES, Appellant**
**V.**
**ALLY FINANCIAL, Appellee**

**On Appeal from the 95th Judicial District Ct**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16186**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By order dated September 5, 2019, we granted appellant's second motion to extend time to file her brief and ordered her brief to be filed by October 15, 2018. By postcard dated October 22, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


180415F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ARETHA GOINES, Appellant

No. 05-18-00415-CV     V.

ALLY FINANCIAL, Appellee

On Appeal from the 95th Judicial District
Ct, Dallas County, Texas
Trial Court Cause No. DC-16-16186.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered December 19, 2018